## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| IN RE: SEAN CARTER | : | CIVIL ACTION NO. 23-CV-0643 |
| | : | |

## ORDER

**AND NOW** this 6th day of April, 2023, upon consideration of *pro se* Plaintiff Sean Carter's letter filed April 5, 2023 (ECF No. 4), wherein Carter expresses his intention to file a *habeas* petition pursuant to 28 U.S.C. § 2254 and requests a stay with respect to the filing of said petition, it is **ORDERED** that:

1.      The Clerk of Court is **DIRECTED** to open a new *habeas* case using a copy of this Order and a copy of the Carter's letter submission (ECF No. 4).

2.      The new *habeas* case should be assigned in accordance with the Court's procedures.

                                        **BY THE COURT:**


                                        **/s/ Juan R. Sánchez**
                                        **JUAN R. SÁNCHEZ, C.J.**