IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CIVIL ACTION |
| SEAN CARTER | : | NO. 23-CV-1327 |
| | : | |
| | : | |

**O R D ER**

**AND NOW** this 17th day of July, 2023, considering that Sean Carter has not complied with the Order filed on April 14, 2023 (ECF No. 4), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to send Carter the following documents: (a) a copy of this Court's April 14, 2023 Order (ECF No. 4); (b) a blank copy of this Court's current application to proceed *in forma pauperis* (short form) bearing the above civil action number; and (c) a blank copy of this Court's current standard form for filing a petition pursuant to 28 U.S.C. § 2254, bearing the above-captioned civil action number.

2. If Carter intends to pursue this matter pursuant to 28 U.S.C. § 2254, he shall, **within fourteen (14) days** of the date of this Order, **(a)** either pay the required $5 filing fee or complete and return the application to proceed *in forma pauperis* to the Clerk of Court; **AND (b)** complete and sign this Court's current standard form for filing a petition pursuant to 28 U.S.C. § 2254 and return it to the Clerk of Court.

3. If Carter did not intend to initiate a federal *habeas* proceeding, or if, after review of this Order, Carter should decide not to further pursue this action, Carter may file a Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a).[1] Before doing so, however, Carter

---

[1] Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides in pertinent part that "the plaintiff may dismiss an action without a court order by filing: . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]"

is encouraged to read the warnings that accompany the Court's standard form for filing a petition pursuant to 28 U.S.C. § 2254, which explain certain features of the *habeas* statutes, including the relevant statute of limitations.

4.  If Carter fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

                **BY THE COURT:**

                /s/ *Nitza I. Quiñones Alejandro*
                **NITZA I. QUIÑONES ALEJANDRO**
                *Judge, United States District Court*