IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | CIVIL ACTION |
|---|---|---|
| IN RE: | : | |
|    SEAN CARTER, | : | NO. 23-CV-1327 |
| | : | |
| | : | |

**O R D E R**

**AND NOW** this 12th day of September, 2023, it appearing that Sean Carter has not complied with this Court's Order filed on April 14, 2023 (ECF No. 4) directing him to: **(1)** either pay the required $5 filing fee or complete and return an application to proceed *in forma pauperis* to the Clerk of Court; **AND (2)** complete, sign and return this Court's current standard form for filing a petition pursuant to 28 U.S.C. § 2254 to the Clerk of Court,[1] it is hereby **ORDERED** that:

1.    This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

2.    The Clerk of Court is **DIRECTED** to **CLOSE** this matter.

3.    There is no cause to issue a certificate of appealability.

                                                    **BY THE COURT:**

                                                    /s/ *Nitza I. Quiñones Alejandro*
                                                    **NITZA I. QUIÑONES ALEJANDRO**
                                                    *Judge, United States District Court*

---

[1] By Order of the Court dated July 17, 2023, Carter was reminded of the Court's directives and was provided additional time in which to comply with the Court's April 14, 2023 Order. (*See* ECF No. 5.)